PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
MELISSA A. VERMILLION, ESQUIRE, #241354
JOSEPH GARIBYAN, ESQUIRE, #271833
BONNI S. MANTOVANI, ESQUIRE, # 106353
ANNA LANDA, ESQUIRE #276607
HALIE L. LEONARD, ESQUIRE #265111
P.O. Box 4365
Woodland Hills, CA 91365-4365
cmartin@pralc.com
Attorneys for Secured Creditor
B.500-19456

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re: ) Bk. No.: 14-40445
)
Dorothy Mae Richardson, )
) WITHDRAWAL OF NOTICE OF
Debtor. ) POSTPETITION MORTGAGE FEES,
) EXPENSES AND CHARGES
)
)
)
)

The Bank of New York Mellon FKA The Bank of New York, as trustee for the Certificateholders of Cwabs, Inc., Asset-Backed Certificates, Series 2007-13, its assignees and/or successors in interest, withdraws without prejudice the Notice of Postpetition Mortgage Fees, Expenses and Changes filed on November 10, 2014.

Dated: November 13, 2014                By:/s/ Joseph Garibyan
                                        Joseph Garibyan, Esquire, #271833
                                        Attorneys for Secured Creditor

1

# PROOF OF SERVICE

I, Iris Shaangelyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 11/13/14, I served the within WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES on all interested parties in this proceeding by placing a true and copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Dorothy Mae Richardson
3015 Wiswall Drive
Richmond, CA 94806
Debtor

Patrick L. Forte, Esq.
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610
Attorney for Debtor

Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566
Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/14 at Woodland Hills, California.

/s/ Iris Shaangelyan