Erica T. Loftis, SBN 259286
Kristen Chantel Kish, SBN 295194
Buckley Madole, P.C.
12526 High Bluff Drive, Suite 238
San Diego, CA 92130
Telephone: 858-720-0890
Fax: 858-720-0092
Erica.Loftis@BuckleyMadole.com

Attorney for The Bank of New York Mellon FKA
The Bank of New York, as Trustee for the certificateholders
of the CWABS, Inc., Asset-Backed Certificates, Series 2007-13

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Dorothy Mae Richardson<br><br><br><br><br><br><br><br><br><br><br><br>Debtor | Case No. 14-40445<br><br>Chapter 13<br><br>R.S. No. MDE-1700<br><br>**STIPULATION TO CONTINUE HEARING RE: MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><u>Hearing</u>:<br>Date:  9/21/2016<br>Time:  9:30 am<br>Place:  Courtroom 220<br>         1300 Clay Street<br>         Oakland, CA 94612<br><br><u>Continued Hearing</u>:<br>Date:  10/12/2016<br>Time:  9:30 am<br>Place:  Courtroom 220<br>         1300 Clay Street<br>         Oakland, CA 94612 |

**TO THE HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

    The Motion for Relief from the Automatic Stay (the "Motion") was noticed in the within matter and filed by The Bank of New York Mellon FKA The Bank of New York, as Trustee for the

STIPULATION TO CONTINUE HEARING            1                                                 4122-N-6556

Case: 14-40445   Doc# 32   Filed: 09/19/16   Entered: 09/19/16 17:07:30   Page 1 of 2

StipNHQ_CA_001

certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-13 ("Movant") as docket entry number 28 in the above-captioned matter. The hearing is scheduled to be held at the date, time, and place set forth above.

The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-13 ("Movant") and Dorothy Mae Richardson ("Debtor"), by and through their attorneys of record, have conferred and hereby stipulate to continue the hearing as follows:

**IT IS HEREBY STIPULATED:**

1. The hearing on the Motion is continued for at least 21 days to allow the parties to resolve the issues by Adequate Protection Stipulation..

2. The parties, having reviewed the Judge's self-calendar as of September 19, 2016, hereby agree to have the hearing continued to October 12, 2016 at 9:30 am. The Motion will be heard before the Honorable William J. Lafferty in Courtroom 220, at the United States Bankruptcy Court located at 1300 Clay Street Oakland, CA, 94612.

3. The Stipulation and its Order approving shall in itself serve as proper notice of the continued hearing set forth above.

APPROVED AS TO FORM AND CONTENT:

Dated: 9/19/2016

/s/ Patrick L. Forte
Patrick L. Forte
Attorney for Debtor,
Dorothy Mae Richardson

Dated: 9/19/2016

/s/ Erica T. Loftis
Erica T. Loftis
Attorney for Secured Creditor,
The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-13