

Erica T. Loftis, SBN 259286
Kristen C. Kish, SBN 295194
Buckley Madole, P.C.
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
Kristen.Kish@BuckleyMadole.com

Attorney for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-13

The following constitutes the order of the court.
Signed October 11, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Dorothy Mae Richardson<br><br>                             Debtors, | Case No. 14-40445<br><br>Chapter 13<br><br>RS No. MDE-1700<br><br>**ORDER APPROVING STIPULATION FOR ADEQUATE PROTECTION**<br>  Hearing:<br>  Date: 10/12/2016<br>  Time: 9:30 am<br>  Place: Courtroom 220<br>        1300 Clay Street<br>        Oakland, CA 94612 |

Pursuant to the Stipulation of the parties filed on October 11, 2016 as document No. <u>34</u> and, GOOD CAUSE APPEARING, the Stipulation is approved and hereby made an Order of the Court.

* * END OF ORDER * *

<u>COURT SERVICE LIST</u>